No. 10–9097.  VICOL v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 10–9107.  JONES v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–9112.  RASOOL v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–9113.  ANTONUCCI v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 10–9120.  PIERCE v. SMEAL ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–9131.  WINNINGHAM v. SHULMAN ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 10–9135.  WHITE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 10–9137.  TILLMAN ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–9140.  COBB v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 10–9145.  ALLISON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–9147.  LARIOS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 10–9156.  BROWN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–9163.  DOE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–9164.  OSEGUERA RODRIGUEZ v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–9166.  PODHORN v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 10–9171.  SMITH v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.